

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 18, 2020

<u>BY E-MAIL</u>
The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    ***United States v. Rasheed Bailey*, 20 Mag. 10739**

Dear Judge Lehrburger:

      The Government writes to respectfully request that the above-referenced Complaint, which was filed under seal on October 7, 2020, be unsealed. The defendant has been charged in a New York criminal case, and disclosure of the Complaint may be necessary to comply with the State's discovery obligations. A proposed Order is enclosed for the Court's consideration.

                    Very truly yours,

                    AUDREY STRAUSS
                    Acting United States Attorney

           by:  <u>/s/ Alexander Li</u>
                Alexander Li
                Assistant United States Attorney
                (212) 637-2265

Enclosure

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X
                                 :
UNITED STATES OF AMERICA         :
                                 :    UNSEALING ORDER
         - v. -                  :
                                 :    20 Mag. 10739
RASHEED BAILEY,                  :
                                 :
              Defendant.         :
                                 :
-------------------------------- X
```

Upon application of the United States of America, by and through Assistant United States Attorney Alexander Li, it is hereby ORDERED that the Complaint in 20 Mag. 10739, which was filed under seal on October 7, 2020, be and hereby is unsealed.

SO ORDERED.

Dated:   New York, New York
         December 18, 2020

_____
HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK