March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

Rasheed Bailey,

                Defendant(s).

------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 MAG -CR- 10739 (__) (__)

16 cr 396 (GHW)

Defendant  Rasheed Bailey  hereby voluntarily consents to participate in the following proceeding via videoconferencing: and by telephone

**X**   Initial Appearance/Appointment of Counsel

    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

    Preliminary Hearing on Felony Complaint

**X**   Bail/Revocation/Detention Hearing

**X**   Status and/or Scheduling Conference

    Misdemeanor Plea/Trial/Sentence

Rasheed Bailey (by JRS)

Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Jill R. Shellow
Digitally signed by Jill R. Shellow
Date: 2021.01.19 15:24:54 -05'00'

Defense Counsel's Signature

Print Defendant's Name

Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

Date  1/19/2021

U.S. Magistrate Judge